# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BISON BEE LLC,<br>　　　　　Plaintiff,<br>　v.<br>THE REPUBLIC OF ARGENTINA,<br>　　　　　Defendant. | No. 1:18-cv-03446-LAP<br><br>**JUDGMENT** |

Plaintiff Bison Bee LLC ("**Plaintiff**"), having moved this Court for an Order of Summary Judgment, and the Court having granted summary judgment on that motion.

NOW, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall recover from the Defendant the Republic of Argentina (the "**Republic**") as follows:[1]

1.　　With respect to the claim of Plaintiff to recover on its beneficial interest in the principal amounts of 1) $18,000 of the 12.250% Bond due June 19, 2018, ISIN US040114GG96 and 2) $60,000 of the 9.75% Bond due September 19, 2027, ISIN US040114AV28, Plaintiff shall recover from the Republic a total of $282,036.74, comprised as set forth below:

　　　　a.　　With respect to ISIN US040114GG96, Plaintiff shall recover $110,554.45 *plus* any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $17.86.

　　　　b.　　With respect to ISIN US040114AV28, Plaintiff shall recover $171,482.29 *plus* any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $33.56.

It is further **ORDERED** that, until further notice from the Court, Plaintiff must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in this action without advising the Court in advance and obtaining permission of the Court.

---

[1] All amounts herein are calculated as of August 14, 2024.

Dated: August 14, 2024
New York, New York

*Loretta A. Preska*
Loretta A. Preska
Senior United States District Judge